**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PAMELA ARCHIBALD,

                Plaintiff,                19 **CIVIL** 9541 (GBD) (KNF)

      -against-                      **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Memorandum Opinion and Order dated March 28, 2021, Magistrate Judge Fox's Report is adopted. Defendant's cross-motion for judgment on the pleadings, (ECF No. 23) is Denied. Plaintiff's motion for judgment on the pleadings, (ECF No. 21), Granted. The ALJ's decision is reversed and the matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with this Court's decision.

**Dated:**  New York, New York
          March 30, 2021

                                                **RUBY J. KRAJICK**

                                                 _____
                                                  **Clerk of Court**
                                  **BY:**
                                                      **Deputy Clerk**